UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ZAPOLSKI / RUDD, LLC,

                Plaintiff,

-against-

THE SETAI GROUP, LLC, JOHN P. CONROY and
JONATHAN J. BREENE,

                Defendants.

-------------------------------------------------------

08 CIV 5445

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Zapolski/Rudd LLC ("ZR"), by its attorneys, Simon Lesser PC, states as follows:

ZR is a private limited liability company, and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 16, 2008

SIMON LESSER PC

By: _____
     Leonard F. Lesser, Esq.
420 Lexington Avenue
New York, New York 10170
t: 212.599.5455
f: 212.599.5459
Attorneys for plaintiff Zapolski/Rudd, LLC