AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

Kenna Plangemann, being duly sworn deposes and says:

I am not a party to this action. I am over 18 years of age and reside in the County of New York, City and State of New York.

On July 23, 2008, I went to the offices of The Setai Group, LLC ("Setai") located at 405 Lexington Avenue, 54th floor, New York, New York 10174 to personally serve copies of the Summonses and copies of the Amended Complaint upon the Setai Group, LLC and its members, and John P. Conroy ("Conroy"), and Jonathan J. Breene ("Breene"). The Company had one employee located in the entrance area of its Offices. This employee identified herself as Sammy Velar. I identified myself and requested of Ms. Velar that I be permitted to hand deliver three packages containing the Summonses and Amended Complaint in this action to Conroy, a member of Setai on behalf of himself, Breene, and their company. Ms. Velar stated that Conroy was in the office but on a telephone conference and that she had the authority to accept the packages on behalf of Setai and members Conroy and Breene, and that she would then deliver the packages to members Conroy and Breene. I then handed the packages containing the Summonses and Amended Complaints to Ms. Velar.

_____
Kenna Plangemann

Sworn to before me this
4th day of August, 2008

_____
Notary Public

YELENA GORODETSKAYA
Notary Public, State of New York
No. 01GO6117327
Qualified in Kings County
Commission Expires October 25, 2008