# SIMON▪LESSER PC

Leonard F. Lesser
212.599.0360
llesser@simonlesser.com

Simon▪Lesser PC
Counsellors at Law
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599.5459
www.simonlesser.com

September 3, 2008



*The IPTC is adjourned to Oct. 3, 2008, 9:30 a.m.*
*9-3-08*
*/s/ AKHellerstein*

**By Fax (212.805.7942)**

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *Zapolski/Rudd LLC v. The Setai Group LLC, et al.*, 08 Civ. 5445 (AKH)

Dear Judge Hellerstein:

I represent plaintiff Zapolski/Rudd LLC in this action against the Setai Group LLC ("Setai"), and its members John P. Conroy ("Conroy") and Jonathan J. Breene ("Breene").

I write pursuant to Rule 1(D) of Your Honor's Individual Rules to request that the Initial Conference, currently scheduled for September 19, 2008 at 9:30 be moved to a date earlier that week.

The reason for this request is that I am required to attend a hearing in another matter, *Asset Management Associates of New York Inc. v. Emerson Telecommunication Products LLC*, 08 Civ. 2128 (TCP)(MLO)(E.D.N.Y.), before Judge Thomas C. Platt in the Eastern District in Islip on September 19, 2008 at 10:30 a.m. I am lead counsel for defendant Emerson Telecommunication Products LLC in that matter.

Defendants have not yet filed any appearance or Answer in this action. Nonetheless, I have copied defendants' in-house counsel on this correspondence.

No prior request to change the Initial Conference date has been made.

Respectfully submitted,

Leonard F. Lesser
LFL:yg

cc:    Alex Palazzolo, Esq. (by e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08